UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | 23 Cr. 344 |
| JUSTIN TURNICK, | |
| Defendant. | |

## OVERVIEW

1. At all times relevant to this Indictment, JUSTIN TURNICK, the defendant, engaged in the regular distribution of narcotics in Rockland County, New York, including to friends, partners, and acquaintances.

2. JUSTIN TURNICK, the defendant, knowingly distributed, among other narcotics, fentanyl—a deadly and highly potent opioid. TURNICK distributed fentanyl in various forms: Sometimes TURNICK knowingly distributed fentanyl that had been packaged or pressed into pills that he referred to as "fenti" pills or "fake percs." Other times, TURNICK distributed pills that he told his customers were legitimately manufactured pharmaceuticals but that he knew were actually pure fentanyl or fentanyl-laced narcotics. On other occasions, TURNICK knowingly distributed pure fentanyl or fentanyl-laced powder.

3. JUSTIN TURNICK, the defendant, repeatedly distributed fentanyl despite knowing how dangerous the drug is. Between in or about February 2020 and April 2022, TURNICK's fentanyl distribution resulted in at least six overdoses, four of which TURNICK personally observed. The individuals who overdosed were between the ages of nineteen and twenty-four, and two of them died as a result of consuming fentanyl provided by TURNICK.

## COUNT ONE
**(Distribution of Narcotics Resulting in Death)**

The Grand Jury charges:

4. On or about February 2, 2020, in the Southern District of New York and elsewhere, JUSTIN TURNICK, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

5. The controlled substance involved in the offense was a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

6. The use of such controlled substance resulted in the death of Victim-1 on or about February 3, 2020, in West Nyack, New York.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).)

## COUNT TWO
**(Distribution of Narcotics Resulting in Death)**

The Grand Jury further charges:

7. On or about July 10, 2020, in the Southern District of New York and elsewhere, JUSTIN TURNICK, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

8. The controlled substance involved in the offense was a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

9. The use of such controlled substance resulted in the death of Victim-2 on or about July 11, 2020, in Haverstraw, New York.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).)

## COUNT THREE
### (Distribution of Narcotics Resulting in Serious Bodily Injury)

The Grand Jury further charges:

10. On or about January 5, 2021, in the Southern District of New York and elsewhere, JUSTIN TURNICK, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

11. The controlled substance involved in the offense was a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

12. The use of such controlled substance resulted in the serious bodily injury of Victim-3 on or about January 5, 2021, in Congers, New York.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).)

## COUNT FOUR
### (Distribution of Narcotics Resulting in Serious Bodily Injury)

The Grand Jury further charges:

13. On or about July 30, 2021, in the Southern District of New York and elsewhere, JUSTIN TURNICK, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

14. The controlled substances involved in the offense were mixtures and substances containing a detectable amount of heroin and fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

15. The use of such controlled substances resulted in the serious bodily injury of Victim-4 on or about July 30, 2021, in New City, New York.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).)

## COUNT FIVE
**(Distribution of Narcotics Resulting in Serious Bodily Injury)**

The Grand Jury further charges:

16. On or about July 31, 2021, in the Southern District of New York and elsewhere, JUSTIN TURNICK, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

17. The controlled substances involved in the offense were mixtures and substances containing a detectable amount of heroin and fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

18. The use of such controlled substance resulted in the serious bodily injury of Victim-4 on or about July 31, 2021, in New City, New York.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).)

## COUNT SIX
**(Distribution of Narcotics Resulting in Serious Bodily Injury)**

The Grand Jury further charges:

19. On or about April 18, 2022, in the Southern District of New York and elsewhere, JUSTIN TURNICK, the defendant, knowingly and intentionally distributed and possessed with

intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

20. The controlled substances involved in the offense were mixtures and substances containing a detectable amount of heroin and fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

21. The use of such controlled substance resulted in the serious bodily injury of Victim-5 on or about April 19, 2022, in Congers, New York.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).)

*Damian Williams*

DAMIAN WILLIAMS
United States Attorney