

**U.S. Department of Justice**

> Application granted. The status conference scheduled for December 14, 2023 is adjourned to February 29, 2024 at 2:30 p.m. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. The Government's application to exclude time under the Speedy Trial Act until February 29, 2024 is granted, on consent of defendant, in the interest of justice, to allow the parties to review discovery, discuss possible pre-trial resolution, and for the effective preparation of subsequent matters herein.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         December 5, 2023

**BY ECF AND EMAIL**
The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Justin Turnick*, No. 23 Cr. 344 (PMH)

Dear Judge Halpern:

    The next status conference in this case is currently scheduled for December 14, 2023, at 11:30 a.m.  The Government writes respectfully, with the consent of the defendant, to request an adjournment of that conference for approximately sixty days.  Since the parties' last court appearance on July 12, 2023, the Government has made several substantial productions (over forty thousand pages and files) of Rule 16 discovery.  The parties agree that an adjournment of approximately sixty days is necessary to allow the defendant to continue to review discovery and the parties to continue to discuss potential pretrial resolutions.

    Should the Court grant the adjournment, the Government further respectfully requests, without objection from the defendant, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from December 14, 2023, through the date of the next scheduled conference to allow defense counsel time to review the discovery and consult with the defendant, and to allow the parties to continue plea discussions.  The ends of justice served by the granting of the continuance requested outweigh the interests of the public and the defendant in a speedy trial.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

By:   /s/_____
      Ryan W. Allison / Kathryn Wheelock
      Assistant United States Attorneys
      Southern District of New York
      (914) 993-1953 / -1966

cc:  Counsel of Record (by ECF and Email)