UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :  **RE-SCHEDULING ORDER**
                                  :
JUSTIN TURNICK,                   :
                                  :  7-23-cr-00344-PMH
            Defendant.            :
-----------------------------------------------------------x

The Sentencing hearing scheduled for February 18, 2024 is re-scheduled to April 16, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

Defendant's submission is due by March 26, 2025. Government's submission is due by April 2, 2025.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       October 23, 2024

_____
Philip M. Halpern
United States District Judge