UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **RE-SCHEDULING ORDER**
                                    :
JUSTIN TURNICK,                     :     7-23-cr-00344-PMH
                                    :
            Defendant.              :
-----------------------------------------------------------x

The Sentencing hearing scheduled for April 16, 2025 is re-scheduled to February 20, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

Defendant's sentencing submission is due by January 30, 2025. Government's submission is due by February 6, 2025.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       November 13, 2024

_____
Philip M. Halpern
United States District Judge