Dear Honorable Judge Halpern

    I am so sorry for my actions I gave drugs to people who overdosed and and for that I can not forgive myself. I firstly would like to apoligize to the victims and their families for my actions and if I could take their pain upon myself I would but I know I cant do that. Everyday I think about the victims and their families and I pray for their forgiveness which I probably don't deserve. I also want to apoligize to the community that ive harmed. I am a drug addict myself and I know first hand the pain and anguish of loosing family members to drug addiction. If it were not the fact I been in prison I would probably be dead myself. I thank god for my arrest and incarceration because it saved my life. and stopped anymore people being harmed

by my actions. I know I'm going to spend a long time in jail but im gonna use my time in jail to become a better person. I want to live a drug free life so someday I can have a family of my own. I started drug treatment in jail and it has changed my life. I'm attending AA/NA meetings and they are teaching me how to live as a sober person. I attend to continue going to AA meeting's for the rest of my life so I can be a sober man like my uncle Franz. I know it only by staying clean and sober that I can have any chance of living a productive life. Your Honor I want you to know how truly remorseful I am and I will accept whatever sentence you believe is approate for me

Thank you

Justin Turnick